IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:20-CV-073-KDB-DCK *SEALED*

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **JILL REID; and JILL REID, individually,** | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | **ORDER** ) ) |
| **IREDELL PHYSICIAN NETWORK, LLC, and RUBY GRIMM, M.D.,** | ) ) ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on "The United States' Notice Of Election To Intervene In Part To Effectuate Settlement Agreement And Motion To Unseal Certain Case Documents" (the "Intervention Notice," Document No. 22) filed October 4, 2022. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the Intervention Notice and the record, and noting consent of the parties, the undersigned will <u>grant</u> the United States' request to unseal certain case documents.

The United States has provided notice that it will intervene in part of this action and declines to intervene in part of this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4). (Document No. 22).

**IT IS, THEREFORE, ORDERED** "The United States' Notice Of Election To Intervene In Part To Effectuate Settlement Agreement And Motion To Unseal Certain Case Documents" (the "Intervention Notice," Document No. 22) is **GRANTED**. The Relator's "Complaint…"

(Document No. 1), "The United States' Notice Of Election To Intervene In Part To Effectuate Settlement Agreement And Motion To Unseal Certain Case Documents" (the "Intervention Notice," Document No. 22), and this Order, shall be **UNSEALED**.

**IT IS FURTHER ORDERED** that all other papers or Orders on file in this matter shall remain under seal.

**IT IS FURTHER ORDERED** that the seal be lifted on all other matters occurring in this action *after* the date of entry of this Order.

**SO ORDERED**.

Signed: October 4, 2022

David C. Keesler
United States Magistrate Judge